UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARRYL MITCHELL,<br>    Plaintiff, | Case No. 1:20-cv-363<br>Hopkins, J.<br>Litkovitz, M.J. |
| vs. | |
| FUJITEC AMERICA, INC., et al.,<br>    Defendants. | ORDER |

This matter came before the Court on Friday, July 21, 2023 for a telephone discovery conference. For the reasons stated on the record at the conference, any deposition of defendant Shawnez McKenzie shall occur on either **September 28 or 29, 2023**.

    **IT IS SO ORDERED**.

Date: 7/21/2023

Karen L. Litkovitz
Chief United States Magistrate Judge